IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Kay Del Carmen Holley– #087549

　　　　　　　　　　　　　　　　　　　　／

No. C 13-80132 WHA

**ORDER OF SUSPENSION**

     Because Kay Del Carmen Holley has failed to respond to the order to show cause, Ms. Holley's membership in the bar of this Court is hereby **SUSPENDED**.

     **IT IS SO ORDERED.**

Dated: September 3, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE